*FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2011 JUN -9 PM 4: 22
DISTRICT OF UTAH*

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>BERNADETTE M. MCINERNEY,<br><br>Debtor. | Bankruptcy No. 10-21266 JTM<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.    The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.    The following creditors were to have received a 0.97% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 4 | Southern California Edison Co.<br>Attn: Credit and Payment Services<br>300 N. Lone Hill Avenue<br>San Dimas, CA  91773 | $0.56 |
| 5 | Cox Communications<br>PO Box 79173<br>Phoenix, AZ 85062-9173 | $2.81 |

3.    A check in the amount of $3.37 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _9_ day of June, 2011.

Gary E. Jubber, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on the _9th_ day of June, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

4819-7631-2585, v. 1

2